UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

    SHAKIL IQBAL AND
    MARIA L. IQBAL,

                      Debtors.
-------------------------------------------------------X
DEBRA KRAMER as trustee of the estate
of S.M. Transportation, Ltd.,

                      Plaintiff,

    -against-


SHAKIL IQBAL AND MARIA L. IQBAL,

                      Defendants.
-------------------------------------------------------X

Chapter 7

Case No.: 12-42218-ess

Adv. Pro. No. 12-1198-ess

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF SUFFOLK    )

    Everlyn Meade, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Central Islip, New York;

    That on the 26th day of June, 2012 deponent served the **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT attached thereof,** on the referenced person(s) listed below, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a post-office official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Shakil Iqbal
15 Northridge Drive
Coram, NY 11727

Maria L. Iqbal
15 Northridge Drive
Coram, NY 11727

United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

*Courtesy copy to:*
Harold Seligman
Long & Tuminello
120 Fourth Avenue
Bay Shore, NY 11706

                                                     <u>S/Everlyn Meade</u>
                                                     Everlyn Meade

Sworn to before me this
26th day of June, 2012

<u>s/ Avrum J. Rosen</u>
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2014