UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

        Chapter 7

    SHAKIL IQBAL AND
    MARIA L. IQBAL,                              Case No.: 12-42218-ess

                    Debtors.
-------------------------------------------------------X
DEBRA KRAMER as trustee of the estate
of S.M. Transportation, Ltd.,

                   Plaintiff,

                                                            Adv. Pro. No. 12-1198-ess
    -against-


SHAKIL IQBAL AND MARIA L. IQBAL,

                  Defendants.
-------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF SUFFOLK    )

    Everlyn Meade, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Central Islip, New York;

    That on the 30th day of August, 2012 deponent served the **NOTICE and MOTION FOR ENTRY OF A DEFAULT JUDGMENT AGAINST SHAKIL IQBAL AND MARIA L. IQBAL PURSUANT TO RULE 7055 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE with EXHIBITS, PROPOSED ORDER and PROPOSED JUDGMENT attached thereof,** on the referenced person(s) listed below, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a post-office official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Shakil Iqbal
15 Northridge Drive
Coram, NY 11727

Maria L. Iqbal

15 Northridge Drive
Coram, NY 11727

Harold Seligman
Long & Tuminello
120 Fourth Avenue
Bay Shore, NY 11706

United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

                                                                 S/Everlyn Meade
                                                                 Everlyn Meade

Sworn to before me this
30th day of August, 2012

s/ Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2014