UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

       SHAKIL IQBAL AND
       MARIA L. IQBAL,

                      Debtors.
-------------------------------------------------------X
DEBRA KRAMER as trustee of the estate
of S.M. Transportation, Ltd.,

                      Plaintiff,

     -against-

SHAKIL IQBAL AND MARIA L. IQBAL,

                     Defendants.
-------------------------------------------------------X

Chapter 7

Case No.: 12-42218-ess

Adv. Pro. No. 12-1198-ess

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF SUFFOLK    )

     Everlyn Meade, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Central Islip, New York;

     That on the 4th day of October, 2012 deponent served the **NOTICE OF PRESENTMENT OF PROPOSED ORDER AND DEFAULT JUDGMENT with PROPOSED ORDER and PROPOSED JUDGMENT attached thereof,** on the referenced person(s) listed below, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a post-office official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Shakil Iqbal
15 Northridge Drive
Coram, NY 11727

Maria L. Iqbal
15 Northridge Drive

Coram, NY 11727

Harold Seligman
Long & Tuminello
120 Fourth Avenue
Bay Shore, NY 11706

                 S/Everlyn Meade
                 Everlyn Meade

Sworn to before me this
4th day of October, 2012

s/ Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2014