UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

    SHAKIL IQBAL AND
    MARIA L. IQBAL,

                           Debtors.
-------------------------------------------------------X
DEBRA KRAMER as trustee of the estate
of S.M. Transportation, Ltd.,

                        Plaintiff,

    -against-


SHAKIL IQBAL AND MARIA L. IQBAL,

                       Defendants.
-------------------------------------------------------X

Chapter 7

Case No.: 12-42218-ess

Adv. Pro. No. 12-1198-ess

## **DEFAULT JUDGMENT**

UPON the Application ("Application") of Debra Kramer ("Plaintiff"), Trustee of the Estate of S.M. Transportation, Ltd., the debtor ("Debtor") herein, for the entry of default judgment ("Default Judgment") against Shakil Iqbal and Maria L. Iqbal., the defendants ("Defendants") herein, by and through her attorneys, The Law Offices of Avrum J. Rosen, PLLC; seeking the entry of this default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure made applicable through Rule 7055 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), determining that the sum of $143,529.17 due to the Plaintiff is non-dischargeable pursuant to Sections 523(a)(2)(A); 523(a)(4) and 523(a)(6) of Title 11 of the United States Code (the "Bankruptcy Code") and the Defendants are not entitled to a discharge pursuant to Sections 727(a)(4)(A) an d 726 (a)(5); and it appearing that notice of said

Application having been served upon the Defendants, all parties entitled to notice of said

Application, and the Office of the United States Trustee; and there being no opposition to said

Application; and matter having come before the Court on September 27, 2012; and no one

having appeared in opposition thereto; and  good and sufficient cause appearing therefore; it is

**ORDERED,** ~~**ADJUDGED AND DECREED**~~ that the sum of $143,529.17 due to the

Plaintiff is non-dischargeable;  and it is

**FURTHER ORDERED,** ~~**ADJUDGED AND DECREED,**~~ the Defendants are not

entitled to receive a discharge of their debts; and it is

**FURTHER ORDERED,** ~~**ADJUDGED AND DECREED**~~ that the Clerk of the Court is

hereby directed to enter this Default Judgment against the Defendants.



**Dated: Brooklyn, New York**
**November 6, 2012**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

2