Shakil Iqbal & Maria L. Iqbal
15 Northridge Drive
Coram, Ny 11727

November 12, 2012

United States Bankruptcy Court
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Re: Request to Reopen Default Judgment against Maria & Shakil Iqbal

Dear Honorable Elizabeth S. Stong:

RECEIVED 2012 NOV 16 PM
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
CLERK

      This letter is regarding The Chapter 7 Settlement case # 12-42218-ess with date 10/12/2012. I have received notice of presentment of proposed order and default judgment. I request your honor to vacate the default judgment and give us more time to answer summons as there were no cooperation with the lawyers as they were asking payment ($7000.00 dollars). We had hired Mrs. Sharon a. Toussaint for S.M. Transportation and Pro-bono for our personal bankruptcy Mr. Long, Tuminello, Besso, Seligman, Werner & Sullivan. These two lawyers have declined to continue to assist us in any further legal matters. So we are faced with the task of answering these notices without any representation. I also request your help in acquiring a pro-bono lawyer with the court help since we are out of any funds and would appreciate the time to answer the summons on our behalf.

      Our Health has also suffered through all these problems and court proceedings, My wife has been diagnosed with breast cancer and she has had to undergo surgeries and treatment and myself I have a heart condition and coronary disease which I have also been operated and hospitalized several times in stony brook hospital. I respectfully request that due to these conditions I have not been able to answer the complaint before your court would request you to reconsider the default notice as so I can answer the notice.

      We are currently living under public assistance from the state on New York since we are both unemployed and with health issues. Please consider our petition to reopen this notice since we are able to answer the notice and clear up any matters. In 2005 I took out a home mortgage loan against my house to be able to cover an expense that was used by us personally. Most of the money from the loan was deposited form Shakil Iqbal personal account to S.M. Transportation LTD account (Capital One). I would request you also consider in the light of this letter that our licenses to operate our company so as we may pay back the IRS and the State taxes and re-establish our company. Thanking you in advance for your cooperation and patience in this matter.

Sincerely

*Dareen Hirsch*
Notary Public, State of New York
01HI6141657
Qualified in Suffolk County
Commission Expires February 27, 2014

Maria L. Iqbal & Shakil Iqbal

*Maria Iqbal*
*S. Iqbal*

Subscribed and Sworn To (or Affirmed)
before me this 14 day of Nov 20 12
*Dareen Hirsch*
NOTARY PUBLIC