UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

    SHAKIL IQBAL AND MARIA *L.* IQBAL,

                  Debtor.

-------------------------------------------------------------------x

DEBRA KRAMER as Trustee of the Estate of
S.M. Transportation, Ltd.

                  Plaintiff,

    -against-

MARIA IQBAL AND SHAKIL IQBAL,

                  Defendants.
-------------------------------------------------------------------x

Chapter 7

Case No. 12-42218-ess

Adv. Pro. No.: 12-1198-ess

MARIA IQBAL AND SHAKIL IQBAL,

                  Counter-Claimants,

    -against-

DEBRA KRAMER as Trustee of the Estate of
S.M. Transportation, Ltd.

                  Counter-Claimant,

-------------------------------------------------------------------x

### ORDER APPROVING STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO VACATE THE DEFAULT JUDGMENT ENTERED AND TO DISMISS THE ABOVE-REFERENCED ADVERSARY PROCEEDING

Upon the application (the "Application") of Debra Kramer, the trustee/plaintiff (the "Plaintiff") herein, by and through her counsel, The Law Offices of Avrum J. Rosen, PLLC, seeking the entry of an Order approving of the stipulation between the Plaintiff and Defendants vacating the default judgment entered against the Defendants in connection with the above-

captioned matter and dismissing the instant adversary proceeding; and the matter having come on for a hearing before the Court on September 20, 2013; and the Plaintiff having appeared by her attorneys; and there being no opposition to the relief sought, or said opposition having either been withdrawn or otherwise overruled; and it appearing to the Court that the Application should be granted; it is hereby

**ORDERED,** that the default judgment entered against the Defendants in the above-captioned matter is hereby vacated; and

**ORDERED** that the instant adversary proceeding along with all counter claims are hereby dismissed; and it is further

**ORDERED** that the respective parties hereto shall be solely responsible for their respective costs and attorneys' fees; and it is further

**ORDERED** that the Clerk of the Court is hereby directed to close this adversary proceeding upon the entry of this Order.



**Dated: Brooklyn, New York**                         **Elizabeth S. Stong**
      **September 25, 2013**                            **United States Bankruptcy Judge**